DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSSI K. KIVISTO,**
Appellant,

v.

**ARMI KULMALA** and **WELLS FARGO ADVISORS, LLC** f/k/a **A.G. EDWARDS,**
Appellees.

No. 4D16-3919

[October 12, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502010CA027898XXXXMB.

Jussi K. Kivisto, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***